UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICKIE ALLEN DONALD,

    Plaintiff,

    v.

C. CROSS,

    Defendant.

Case No. 14-cv-03569-WHO (PR)

**ORDER REOPENING ACTION**

This federal civil rights action was dismissed because plaintiff Donald failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00. Donald has since filed a complete IFP application, which the Court construes as containing a motion to reopen. So construed, it is GRANTED. The action is REOPENED and the Clerk shall amend the docket accordingly. The judgment (Docket No. 7) and the order of dismissal (Docket No. 6) are VACATED. The Court will review the complaint and address the IFP motion in separate orders.

    **IT IS SO ORDERED.**

**Dated:** October 9, 2014

_____
WILLIAM H. ORRICK
United States District Judge