UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICKIE ALLEN DONALD,

    Plaintiff,

    v.

C. CROSS,

    Defendant.

Case No. 14-cv-03569-WHO (PR)

**ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS;**

**INSTRUCTIONS TO CLERK**

Plaintiff Nickie Donald's application for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915 (Docket Nos. 10 and 11) is GRANTED. The total filing fee due is $350.00 and the initial partial filing fee due at this time is $27.00. *See* 28 U.S.C. § 1915(b)(1). A copy of this order and the attached instructions will be sent to Donald, the prison trust account office, and the Court's financial office. This order terminates Docket Nos. 10 and 11.

**IT IS SO ORDERED.**

**Dated:** March 18, 2015

                                          WILLIAM H. ORRICK
                                          United States District Judge

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action *in forma pauperis* in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00). The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid. If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case. The trust account office should make the monthly calculations and payments for each case in which it receives an order granting in forma pauperis and these instructions.

The prisoner's name and case number must be noted on each remittance. The initial partial filing fee is due within thirty days of the date of the attached order. Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc:     Plaintiff/Petitioner
        Finance Office