1

2

3

4          UNITED STATES DISTRICT COURT

5        NORTHERN DISTRICT OF CALIFORNIA

6

7  NICKIE ALLEN DONALD,                     Case No.  14-cv-03569-WHO (PR)
              Plaintiff,

8                                            **ORDER OF DISMISSAL**
       v.
9
   C. CROSS,
10
              Defendant.
11

12

13        Pursuant to plaintiff Nickie Donald's letter asking to dismiss this action, which the

14  Court construes as a motion for voluntary dismissal (Docket No. 20), this federal civil

15  rights action is dismissed.  *See* Fed. R. Civ. P. 41(a)(1); *Hamilton v. Shearson-Lehman*

16  *American Exp. Inc.*, 813 F.2d 1532, 1534-1536 (9th Cir. 1987).  The dismissal is without

17  prejudice.  *See* Fed. R. Civ. P. 41(a)(1).

18        The order of service (Docket No. 16) is VACATED.  The parties are relieved of the

19  obligations that order imposed.

20        Donald asks that the Court not continue to withdraw money from his account to pay

21  the filing fee.  This request is DENIED.  Payment of the full filing fee is required of the

22  party who institutes the action, even if the party is proceeding *in forma pauperis* and the

23  full amount of the filing fee has not been paid before the action is dismissed.  28 U.S.C. §§

24  1914; 1915(b)(1).

25        **IT IS SO ORDERED.**

26  **Dated:**  April 27, 2015

27                                            _____
                                             WILLIAM H. ORRICK
28                                           United States District Judge